

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00066-CV

**IN THE INTEREST OF A.R.**, M.R., and K.G.D.R., Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00255
Honorable Linda A. Rodriguez, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed: March 18, 2020

DISMISSED FOR LACK OF JURISDICTION

On January 30, 2020, appellant filed a notice of appeal stating her intent to appeal a final decree of termination signed on January 13, 2020. The clerk's record was filed on February 7, 2020. Although the clerk's record contains the judge's notes, the clerk's record does not contain an order terminating appellant's parental rights. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (stating judge's notes do not constitute a final, appealable order) (mem. op.). In response to this court's inquiry, the trial court clerk confirmed the trial court has not signed a final order. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order of termination has been entered in the underlying case, this court ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction.

Appellant did not file a response showing that we have jurisdiction over this appeal. Having confirmed the record does not contain a final order of termination, we must dismiss this appeal.[1] Accordingly, this appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

---

[1] This dismissal does not prevent appellant from later pursuing a timely appeal from a final judgment in this case.